**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Desmond Samuel SKYERS, a/k/a**
**Skip, Defendant–Appellant.**

**No. 01–7533.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Kevin Michael Schad, Schad & Cook, Indian Springs, Ohio, for Appellant. John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Desmond Samuel Skyers seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Skyers*, Nos. CR–93–38; CA–01–479 (E.D.N.C. filed July 2, 2001; entered July 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*